UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE: GRAND JURY SUBPOENA | Case No. 3:23MJ671 (MEG) |
|---|---|

## NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding **Apple, Inc.** (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena **N-23-1-115 (1)** (hereinafter "the Subpoena"), until August 1, 2024.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardizing an investigation or unduly delaying a trial. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until August 1, 2024, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

8/1/23
_____
Date

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.08.01 16:19:07 -04'00'
_____
HONORABLE MARIA E. GARCIA
United States Magistrate Judge